DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHELDON LARRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1805

_____

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle D. Sisco, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.